■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CESAR MONTALVO, Appellant.—Judgment, Supreme Court, Bronx County (Elbert Hinkson, J.), rendered on September 23, 1986, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.)* We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Ross, Milonas, Kassal and Rubin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DIONICIO TAVERAS, Appellant.—Judgment, Supreme Court, New York County (Harold Rothwax, J.), rendered on October 21, 1985, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.)* We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Ross, J. P., Asch, Milonas, Kassal and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN TORRES, Appellant.—Judgment, Supreme Court, Bronx County (Herbert Shapiro, J.), rendered on August 31, 1988, unanimously affirmed.